1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MIGUEL ANGEL BAROCIO,

11          Petitioner,                    No. CIV S-06-2678 FCD EFB P

12      vs.

13  ROBERT A. HOREL, Warden,

14          Respondent.                    ORDER
_____/
15

16      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17  U.S.C. § 2254.   He has requested that the court appoint counsel.  There currently exists no

18  absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

19  453, 460 (9th Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if

20  the interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

21  Section 2254 Cases.  The court does not find that the interests of justice would be served by the

22  appointment of counsel at this stage of the proceedings.

23      Accordingly, it hereby is ORDERED that petitioner's November 27, 2006, motion for

24  appointment of counsel is denied without prejudice.

25  Dated:  April 9, 2007.

26

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE