IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL BAROCIO,

    Petitioner,        No. CIV S-06-2678 ALA HC

    vs.

ROBERT A. HOREL, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Respondent has filed an answer to the petition. Petitioner Miguel Barocio is directed to file a traverse.

    Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: December 21, 2007

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation

1