IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL BAROCIO,

    Petitioner,                                 No. CIV S-06-2678 ALA HC

    vs.

ROBERT A. HOREL, et al.,

    Respondents.                  ORDER

_____/

       On December 26, 2007, this court ordered petitioner to file a traverse. On January 25, 2008, petitioner submitted a hand written note concerning petitioner's ability to make copies. Attached to this note was ninety-nine pages consisting of petitioner's original petition and petitioner's prior state court petitions. This does not satisfy the court's December 26, 2007, order.

       Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: January 30, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

1