IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL BAROCIO,

    Petitioner,               No. CIV S-06-2678 ALA HC

    vs.

ROBERT A. HOREL, et al.,

    Respondents.        ORDER

_____/

    Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), FED. R. GOVERNING § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Accordingly, IT IS HEREBY ORDERED that petitioner's January 25, 2008 application for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

/////

DATED: February 4, 2008

                                        Arthur L. Alarcón  
                                        UNITED STATES CIRCUIT JUDGE  
                                        Sitting by Designation