IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL BAROCIO,

    Petitioner,                      No. CIV S-06-2678 ALA HC

    vs.

ROBERT A. HOREL, et al.,

    Respondents.                  ORDER

_____/

On January 31, 2008, petitioner was ordered to file a traverse within thirty-five days. On February 25, 2008, petitioner filed an application for the appointment of counsel along with a copy of his original petition for habeas corpus.

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), FED. R. GOVERNING § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Additionally, the court interprets petitioner's filing of a second copy of his petition for writ of habeas corpus as an attempt to comply with the court's order that petitioner file a traverse. That filing does not satisfy the court's order and petitioner is again ordered to file a

1 traverse.

2 /////

3      Accordingly, IT IS HEREBY ORDERED that:

4      1.  Petitioner's February 25, 2008, application for appointment of counsel is denied

5 without prejudice to a renewal of the motion at a later stage of the proceedings; and

6      2.  Petitioner is ordered to file a traverse within thirty-five (35) days of the date of this

7 order.

8 /////

9 DATED: February 27, 2008

10                               Arthur L. Alarcón
                                UNITED STATES CIRCUIT JUDGE
11                              Sitting by Designation